IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN PAAPE,

    Petitioner,

v.

SUE NOVAK,

    Respondent.

ORDER

Case No. 18-cv-1028-wmc

Petitioner Nathan Paape seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 3, 2019. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately June 11, 2018 through the date of the petition, December 11, 2018.

ORDER

IT IS ORDERED that:

1. Petitioner Nathan Paape may have until January 3, 2019, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before January 3, 2019, I will assume that petitioner wishes to withdraw this petition.

Entered this 12th day of December, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge